The Lidgerwood Manufacturing Company, Appellant, *v.* John C. Rogers et al., Respondents.

(Submitted December 1, 1891 ; decided December 15, 1891.)

Appeal from order of the General Term of the Superior Court of the city of New York, made January 7, 1889, which affirmed an order of Special Term denying a motion for a new trial.

*Harriman & Fessenden* for appellant.

*E. T. Lovatt* for respondents.

Agree to dismiss appeal; no opinion.
All concur, except POTTER, J., not voting.
Appeal dismissed.